IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

THERESA BUSZTA, ON BEHALF OF
HERSELF AND ALL OTHERS SIMILARLY
SITUATED,

  Plaintiff,

v.                                                    Case No. 1:18cv593

QUALITY MIDWESTERN HOLDINGS,
INC., D/B/A "QUALITY SERVICES
MOVING" AND EDWARD GRAVES,

  Defendant.

## JOINT MOTION FOR APPROVAL OF SETTLEMENT
## AND TO DISMISS THIS CASE WITH PREJUDICE

COMES NOW Plaintiff THERESA BUSZTA individually ("Plaintiff") and Defendants QUALITY MIDWESTERN HOLDINGS, INC. d/b/a/ "QUALITY SERVICES MOVING" and EDWARD GRAVES ("Defendants"), by and through undersigned counsel, and file this Joint Motion seeking Court approval of the settlement reached in this litigation, and pursuant to FED. R. CIV. P. 41(a)(2), request that the Court dismiss this case with prejudice. The parties provide their argument in support of this Joint Motion in the accompanying Memorandum.

                                                                     **QUALITY MIDWESTERN
                                                                     HOLDINGS, INC., D/B/A "QUALITY
                                                                     SERVICES MOVING" AND EDWARD
                                                                     GRAVES**

                                                                     By Counsel

| | |
|---|---|
| /s/ | /s/ |
| Jeremy D. Capps (VSB No. 43909) | Matthew T. Sutter, Esq. |
| Timothy L. Creed (VSB No. 76631) | Sutter & Terpak, PLLC |
| Attorneys for Quality Midwestern Holdings, Inc., | 7540A Little River Turnpike |
| d/b/a "Quality Services Moving" and Edward Graves | First Floor |
| Harman, Claytor, Corrigan & Wellman | Annandale, VA 22003 |
| P.O. Box 70280 | 703-2561800 - Phone |
| Richmond, Virginia 23255 | 703-991-6116-Fax |
| 804-747-5200 – Phone | matt@sutterandterpak.com |
| 804-747-6085 - Fax | |
| jcapps@hccw.com | |
| tcreed@hccw.com | |

## **C E R T I F I C A T E**

I hereby certify that on the 12th day of March, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Matthew T. Sutter, Esq.
> Sutter & Terpak, PLLC
> 7540A Little River Turnpike
> First Floor
> Annandale, VA 22003
> 703-256-1800 - Phone
> 703-991-6116 - Fax
> matt@sutterandterpak.com
>
> Nicholas A. Migliaccio, Esq.*
> Jason S. Rathod, Esq.*
> Migliaccio & Rathod LLP
> 412 H Street N.E., Suite 302
> Washington, D.C. 20002
> Tel: (202) 470-3520
> Fax: (202) 800-2730
> nmigliaccio@classlawdc.com
> jrathod@classlawdc.com
>
> * *Pro hac vice* admission

/s/
Jeremy D. Capps (VSB No. 43909)
Timothy L. Creed (VSB No. 76631)
Attorneys for Quality Midwestern Holdings, Inc.,
d/b/a "Quality Services Moving"
and Edward Graves
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
jcapps@hccw.com
tcreed@hccw.com

3