IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

THERESA BUSZTA, ON BEHALF OF
HERSELF AND ALL OTHERS SIMILARLY
SITUATED,

    Plaintiff,

v.                          Case No. 1:18cv593

QUALITY MIDWESTERN HOLDINGS,
INC., D/B/A "QUALITY SERVICES
MOVING" AND EDWARD GRAVES,

    Defendant.

## ORDER

Upon joint motion by all parties seeking approval of the settlement reached in this Fair Labor Standards Act Litigation and for dismissal with prejudice of all claims, it is hereby ORDERED and ADJUDGED:

(1) that the Court has reviewed the Joint Motion for Approval of Settlement, the Memorandum in support of the Joint Motion, and the terms of the settlement and finds that the parties have come to a fair and joint resolution of their dispute pursuant to the factors enumerated in *Patel v. Barot*, 15 F. Supp. 3d 648, 656 (E.D. Va. 2014); and

(2) that therefore the settlement is approved; and

(3) this case is DISMISSED WITH PREJUDICE

By: _____

March 12, 2019

Judge Liam O'Grady
United States District Court for the
Eastern District of Virginia

1